FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0376

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0376

_____

KILA SHEPHERD,

     Plaintiff and Appellant,

    v.

STATE OF MONTANA, ex rel. DEPARTMENT
OF CORRECTIONS,

     Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2021